1
2
3
4
5
6
7
8
9                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11                        SAN JOSE DIVISION

12  UNITED STATES OF AMERICA,         )      No.    CV-05-3073 PVT
                                      )             CV-05-3079 PVT
13                  Plaintiff,        )
                                      )      **ORDER *SUA SPONTE***
14       v.                           )      **CONSOLIDATING CASES**
                                      )
15  COUNTY OF SANTA CLARA et. al.,    )
                                      )
16                  Defendants.       )
    _____   )
17                                    )
    STATE OF CALIFORNIA,              )
18                                    )
                    Plaintiff,        )
19                                    )
                                      )
20       v.                           )
                                      )
21  COUNTY OF SANTA CLARA et. al.,    )
                                      )
22                  Defendants.       )
    _____   )
23

24        The Court has determined that civil actions CV-05-3073 and CV-05-3079 involve

25  common questions of law and fact.  Thus, pursuant to Fed. R. Civ P. 42(a),

26        IT IS HEREBY ORDERED that civil actions CV-05-3073 and CV-05-3079 be

27  consolidated.

28  //

1       IT IS FURTHER ORDERED that all future filings shall be made in only the CV-05-3073

2  action.

3  Dated: 11/16/05

4                   *Patricia V. Trumbull*

                   PATRICIA V. TRUMBULL

5               United States Magistrate Judge